IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR263** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ANDREW G. BROWN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion. The Defendant filed a pro se motion for sentence reduction (Filing No. 67). Counsel was appointed on January 29, 2008 (Filing No. 70). On June 10, 2008, the Court ordered that the parties file a joint stipulation or simultaneous briefs, and that the probation office submit a worksheet if one had not been submitted, within thirty (30) days of the Court's order (Filing No. 74). As of the date of this order, there has been no response to the Court's order by the parties or the probation office.

IT IS ORDERED:

1. The parties and the probation office shall file the items described in the Court's earlier order (Filing No. 74) on or before August 13, 2008, or take other appropriate action;

2. If no action is taken by one or more parties or by the probation office, this matter will nevertheless be ripe on August 14, 2008, and may be decided absent further submissions; and

3. The Clerk is directed to e-mail a copy of this order to the Probation Office.

DATED this 30th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge