IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR263** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANDREW G. BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's unopposed motion for a continuance to file simultaneous briefs or a stipulation regarding the Defendant's motion for a sentence reduction as a result of the crack cocaine amendments to the guidelines (Filing No. 76).

IT IS ORDERED:

1. The government's motion to continue (Filing No. 76) is granted; and

2. The required briefs or stipulation described in the Court's previous order dated July 30, 2008, must be filed on or before September 15, 2008.

DATED this 14th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge