AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:04CR263 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 19597-047 | |
| ) | | |
| ANDREW G. BROWN ) | DAVID R. STICKMAN | |
|     Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 6/20/2006 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) (Filing No. 67), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED in part and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 105 months is reduced to 93 months. Otherwise, the motion is denied.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 140 to 175 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated June 20, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 1st day of April, 2009
Effective Date: Wednesday, April 15, 2009

                                              s/Laurie Smith Camp
                                              United States District Judge